■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN JOVAL, Appellant. [622 NYS2d 528] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered May 15, 1992, convicting him of rape in the first degree and sexual abuse in the first degree, upon a jury verdict, and imposing sentence.

Kings County, rendered May 15, 1992, to have the decision published with an anonymous or pseudonymous caption.

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is denied. Sullivan, J. P., Lawrence, Ritter and Joy, JJ., concur.